THE STATE OF OHIO, APPELLANT, *v*. SIMONS, APPELLEE.

[Cite as *State v. Simons,* 132 Ohio St.3d 411, 2012-Ohio-3213.]

*Court of appeals' judgment affirmed on the authority of* State v. Davis.

(No. 2011-0990—Submitted July 11, 2012—Decided July 18, 2012.)

APPEAL from the Court of Appeals for Champaign County, No. 2010 CA 7,

193 Ohio App.3d 784, 2011-Ohio-2071.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Davis,* 132 Ohio St.3d 25, 2012-Ohio-1654, 968 N.E.2d 466*.*

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Nick A. Selvaggio, Champaign County Prosecuting Attorney, for appellant.

Carl R. Simons, pro se.

_____